1  WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
   LAW OFFICES OF WAUKEEN Q. McCOY
2  703 Market Street, Suite 1407
   San Francisco, California 94103
3  Telephone (415) 675-7705
   Facsimile (415) 675-2530
4
   Attorneys for Plaintiff
5  BRENDA JOHNSON

6
7                    UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA
9

10 BRENDA JOHNSON, an individual;        ) Case No. 3:05-03938 SI
11                                        )
                Plaintiff,                )
12                                        )
        vs.                               )
13                                        ) **PLAINTIFF'S REQUEST FOR**
                                          ) **DISMISSAL AND ORDER THEREON**
14                                        )
15 UNITED PARCEL SERVICE, a Delaware      )
   Corporation, and DOES 1-50,            )
16                                        )
                Defendants.               )
17                                        )
18 _____  )
19
20
21
22
23     Plaintiff BRENDA JOHNSON (hereafter "Johnson") and Defendant UNITED PARCEL
24 SERVICE (hereafter "UPS" or "Defendant") have settled this case. Plaintiff hereby requests that
25 the court enter an order dismissing the above captioned matter with prejudice.
26
27
28

DISMISSAL AND ORDER THERON            1

**ORDER**

It is so ordered that:

The above captioned matter is dismissed with prejudice.

DATED: _____, 2006

Hon. Susan Illston
Judge, USDC



DISMISSAL AND ORDER THERON 2