WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
LAW OFFICES OF WAUKEEN Q. McCOY
703 Market Street, Suite 1407
San Francisco, California 94103
Telephone (415) 675-7705
Facsimile (415) 675-2530

Attorneys for Plaintiff
BRENDA JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA JOHNSON, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, a Delaware Corporation, and DOES 1-50,<br><br>Defendants. | Case No. 3:05-03938 SI<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL AND ORDER THEREON** |

Plaintiff BRENDA JOHNSON (hereafter "Johnson") and Defendant UNITED PARCEL SERVICE (hereafter "UPS" or "Defendant") have settled this case. Plaintiff hereby requests that the court enter an order dismissing the above captioned matter with prejudice.

DISMISSAL AND ORDER THERON    1

## **ORDER**

It is so ordered that:

The above captioned matter is dismissed with prejudice.

DATED: _____, 2006

Hon. Susan Illston
Judge, USDC



DISMISSAL AND ORDER THERON 2